**D. M. WILSON et al., d/b/a Wilson Bros., Appellants,**

v.

**Clark WALLS, Appellee.**

Court of Appeals of Kentucky.

Oct. 18, 1957.

Rehearing Denied Nov. 28, 1958.

———◆———

James S. Wilson, Jr., Paris, J. Craig Bradley, Jr., Georgetown, for appellants.

Samuel Milner, Paris, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Bourbon Circuit Court, Hon. Marion Rider, Special Judge, awarding appellee damages in the sum of $1,940 for appellants' breach of an oral contract to correct defects in a hay baler appellee purchased from appellants.

It is argued by appellants that the court erred in: 1. overruling their motion for a directed verdict; 2. permitting appellee under CR 15.02 to amend his complaint after judgment to conform to his proof; 3. instructing the jury; 4. refusing to allow appellants to introduce evidence as to custom in the farm implement industry; 5. that the proof of damages was too speculative to permit recovery.

After reading the record and the briefs and examining the authorities cited therein, we have reached the conclusion there is no merit in any of appellants' contentions, therefore the motion for appeal is overruled and the judgment is affirmed.